John Klever Dumlao  C16555
_____
Petitioner

A. Hedgpeth
_____
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

CV 08   2988   SI   (PR)

FILED
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

I, John Klever Dumlao, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes  ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. .13 per Hour $18.00 per month, Kern Valley State Prison P.O. Box 5101 Delano, CA 93216

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes  ☒ No
   d. Gifts or inheritances?                             ☐ Yes  ☒ No
   e. Any other sources?                                 ☒ Yes  ☐ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: An Average of $100.00 A month for the past 12 months

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes  ☒ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

   _____

   _____


I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __5-27-08__   _John Klever Dunlap_
       *Date*            *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __40.00__ on account to his credit at the __Pelican Valley State Prison__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __N/a__

__6/2/08__                    _V. Scruggs/ Acct Tech_
   *Date*             *Authorized Officer of Institution/Title of Officer*

1
2                                          Case Number: _____
3
4
5
6
7
8
9                          **CERTIFICATE OF FUNDS**
10                                  **IN**
11                         **PRISONER'S ACCOUNT**

*Kern Valley State Prison*
*Facility A, Building 4*

13    I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of _____ for the last six months at
15                                    [prisoner name]
16 _____ where (s)he is confined.
17        [name of institution]
18    I further certify that the average deposits each month to this prisoner's account for the most
19 recent 6-month period were $ _____ and the average balance in the prisoner's account
20 each month for the most recent 6-month period was $_____.
21
22 Dated: _____                    _____
23                                      [Authorized officer of the institution]
24
25
26
27
28

- 5 -

```
REPORT ID: TS3030  .701                                    REPORT DATE: 06/03/08
                                                           PAGE NO:        1
             CALIFORNIA DEPARTMENT OF CORRECTIONS
                    KERN VALLEY STATE PRISON
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 03, 2008

ACCOUNT NUMBER : C16555             BED/CELL NUMBER: FAB400000000215U
ACCOUNT NAME   : DUMLAO, JOHN KLEVER    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -----------    -------    ---------  --------   -----------   -------

12/01/2007  BEGINNING BALANCE                                                0.00

12/06 D554 INMATE PAYROL 0858/NOV26              5.92                        5.92
12/07 D300 CASH DEPOSIT  0873/MR                100.00                     105.92
12/10 FC01 DRAW-FAC 1    0883/FA2D                           103.00          2.92
12/18 D300 CASH DEPOSIT  0963/MR                 50.00                      52.92
12/18 D300 CASH DEPOSIT  0963/MR                100.00                     152.92
      ACTIVITY FOR 2008
01/07 D554 INMATE PAYROL 1017/DEC21              4.23                      157.15
01/09 FC01 DRAW-FAC 1    1042/FA2D                           107.00         50.15
02/06 D554 INMATE PAYROL 1207/JAN06             13.91                       64.06
02/13 FC01 DRAW-FAC 1    1259/FA2D                            64.06          0.00
02/15 D300 CASH DEPOSIT  1276/MR                 40.00                      40.00
03/05 D300 CASH DEPOSIT  1387/MR                 40.00                      80.00
03/06 D554 INMATE PAYROL 1402/FEB21             13.10                       93.10
03/11 FC01 DRAW-FAC 1    1432/FA2D                            80.00         13.10
04/04 D554 INMATE PAYROL 1577MAR199             18.92                       32.02
04/09 FC01 DRAW-FAC 1    1605/FA2D                            32.02          0.00
04/14 D300 CASH DEPOSIT  1644/MR                 40.00                      40.00
05/05 D300 CASH DEPOSIT  1774/MR                 80.00                     120.00
05/06 D554 INMATE PAYROL 1785/APR22             10.14                     130.14
05/13 FC01 DRAW-FAC 1    1835/FA2D                           130.14          0.00
05/28 D300 CASH DEPOSIT  1918/MR                 40.00                      40.00

                           TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
 BALANCE    DEPOSITS   WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
---------  ---------  ------------  ---------  ----------  ---------------
   0.00      556.22      516.22       40.00       0.00          0.00


                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                          40.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
BY [signature]
TRUST OFFICE