Richard W. Wieking Clerk, 6-24-08 Tues

RECEIVED
08 JUN 27 PM 12:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

Dear Sir,

Hello, I just want to say thank you very much, you've been a great help and I apologize to you for any delays or mistakes on my part. I graduated from High school but doing law work is very, very difficult for me. I asked the Counselor (Smith) if I could just send the $5.00 filing fee and The Counselor didn't know. I'm sorry if I was suppose to send it or not? but if I am please let me know and I'll send it soon as possible, please forgive me for any delays. Its also hard to get any cooperation from these prison officials, they like to stall, or lose our paper work, or just not answer us or take care of what we need done. Mr. Wieking again thank you very much for your help and patience, you've been great.

CASE NO CV 08-2988 SI

Thank you!
Very Respectfully yours
Jullian K. Delmundo
C16555
Kern Valley State prison

P.S. My Counselor took care of this today thanks to you Mr Wieking and I appreciate all of your help Sir. Thank You



John K. Dumlao C16555
P.O. Box 5101 A-4-215
Kern Valley State Prison
Delano, Calif 93216

Kern Valley State Prison
Facility A, Building 4

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004604192
$ 00.83⁰
JUN 25 2008
MAILED FROM ZIP CODE 93215

Clerk
Richard W. Wieking
U.S. District Court
450 Golden [illegible]
San Francisco 94102

9410233661 0004