**FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN KEVEN DUMLAO

    Plaintiff,

vs.

A. HEDGPETH, WARDEN, KVSP

    Defendant.

CASE NO. C08-2988 SI

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, JOHN KEVEN DUMLAO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _X_ No ___.

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 13¢ PER HOUR     Net: $15.00 PER MONTH

Employer: KERN VALLEY STATE PRISON, DELANO, CA 93216

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____ - 1 -

1  and wages per month which you received.  (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  KELLOGS CORN FALKES, 77TH AVENUE, OAKLAND, CA _____
4  _____
5  _____

6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.   Business, Profession or              Yes ___  No _X_
9           self employment
10     b.   Income from stocks, bonds,           Yes ___  No _X_
11          or royalties?
12     c.   Rent payments?                       Yes ___  No _X_
13     d.   Pensions, annuities, or              Yes ___  No _X_
14          life insurance payments?
15     e.   Federal or State welfare payments,   Yes ___  No _X_
16          Social Security or other govern-
17          ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.   Are you married?                         Yes ___  No _X_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 2 -

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   _____
4   _____
5   5.   Do you own or are you buying a home?            Yes ____ No _X_
6   Estimated Market Value: $_____ Amount of Mortgage: $_____.
7   6.   Do you own an automobile?                       Yes ____ No _X_
8   Make _____ Year _____ Model _____
9   Is it financed? Yes ____ No _____ If so, Total due: $ _____
10  Monthly Payment: $ _____
11  7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____
14  Present balance(s): $ _____
15  Do you own any cash? Yes ____ No _X_ Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.) Yes ____ No _X_
18  _____
19  8.   What are your monthly expenses?
20  Rent: $ _____      Utilities: _____
21  Food: $ _____      Clothing: _____
22  Charge Accounts:
23  Name of Account            Monthly Payment            Total Owed on This Acct.
24  _____        $ _____        $ _____
25  _____        $ _____        $ _____
26  _____        $ _____        $ _____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

1
2
3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                              Yes ___ No _X_
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7
8
9       I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11      I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.
13
14  6-5-08                         John K Oliver Dunlap
15     DATE                            SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Dumlao, John_ for the last six months at

[prisoner name]

_Kern Valley State Prison_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _92.70_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _56.02_ .

Dated _6/19-08_                                _T. Scruggs, Acct Tech_

[Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                    REPORT DATE: 06/19/08
                                                          PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 19, 2008

ACCOUNT NUMBER : C16555                  BED/CELL NUMBER: FAB400000000215U
ACCOUNT NAME   : DUMLAO, JOHN KLEVER     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION     COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -------------  --------  ---------  ---------  ------------  --------

12/01/2007   BEGINNING BALANCE                                               0.00

12/06 D554 INMATE PAYROL 0858/NOV26               5.92                       5.92
12/07 D300 CASH DEPOSIT  0873/MR                100.00                     105.92
12/10 FC01 DRAW-FAC 1    0883/FA2D                            103.00         2.92
12/18 D300 CASH DEPOSIT  0963/MR                 50.00                      52.92
12/18 D300 CASH DEPOSIT  0963/MR                100.00                     152.92
     ACTIVITY FOR 2008
01/07 D554 INMATE PAYROL 1017/DEC21               4.23                     157.15
01/09 FC01 DRAW-FAC 1    1042/FA2D                            107.00        50.15
02/06 D554 INMATE PAYROL 1207/JAN06              13.91                      64.06
02/13 FC01 DRAW-FAC 1    1259/FA2D                             64.06         0.00
02/15 D300 CASH DEPOSIT  1276/MR                 40.00                      40.00
03/05 D300 CASH DEPOSIT  1387/MR                 40.00                      80.00
03/06 D554 INMATE PAYROL 1402/FEB21              13.10                      93.10
03/11 FC01 DRAW-FAC 1    1432/FA2D                             80.00        13.10
04/04 D554 INMATE PAYROL 1577MAR199              18.92                      32.02
04/09 FC01 DRAW-FAC 1    1605/FA2D                             32.02         0.00
04/14 D300 CASH DEPOSIT  1644/MR                 40.00                      40.00
05/05 D300 CASH DEPOSIT  1774/MR                 80.00                     120.00
05/06 D554 INMATE PAYROL 1785/APR22              10.14                     130.14
05/13 FC01 DRAW-FAC 1    1835/FA2D                            130.14         0.00
05/28 D300 CASH DEPOSIT  1918/MR                 40.00                      40.00   6 months
06/05 D300 CASH DEPOSIT  1974/MR                 40.00                      80.00
06/09 FC01 DRAW-FAC 1    1983FA/ALL                            80.00         0.00
06/17 D300 CASH DEPOSIT  2035/MR                 40.00                      40.00
06/17 W459 DONATION-HIGH 2045PIZ-A4                            19.25        20.75

                          TRUST ACCOUNT SUMMARY

BEGINNING   TOTAL      TOTAL         CURRENT    HOLDS      TRANSACTIONS
BALANCE     DEPOSITS   WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
---------   --------   -----------   -------    -------    ------------
  0.00       636.22      615.47       20.75      0.00          0.00

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                20.75
                                              ---------
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
    TRUST OFFICE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

John K. Dumlao E16555 A-4-215
P.O. Box 5101
Kern Valley State Prison
Delano, Calif 93216

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Kern Valley State Prison
Facility A, Building 4

confidential mail